UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                              Case No. 8:16-cr-256-T-23TGW

WINDELL HOLTON

## DECLARATION OF PUBLICATION

The United States of America hereby declares under penalty of perjury that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 27, 2016.  *See* Attachment 1.  Federal Rule of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case.

Executed on September 26, 2016.

Respectfully Submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/Suzanne Nebesky*
Suzanne Nebesky
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel:   (813) 274 6000
Fax:   (813) 274 6247
E-mail: Suzanne.nebesky@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
### COURT CASE NUMBER: 8:16-CR-256-T-23TGW; NOTICE OF FORFEITURE

Notice is hereby given that on August 25, 2016, in the case of <u>U.S. v. Windell Holton</u>, Court Case Number 8:16-CR-256-T-23TGW, the United States District Court for the Middle District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Misc. Electronic Equipment including the following items: 1 Qualcomm Kyocera Cell Phone, Mobile Equipment Identifier DEC: 26843 54625 0642 4475; and 1 E-Machines Desktop Computer, Model: T3120, Serial Number: CCA65 E00 00639 (16-ICE-000789).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 27, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, U.S. District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL  33602, and a copy served upon Assistant United States Attorney Amanda Kaiser, 400 North Tampa Street, Suite 3200, Tampa, FL  33602. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**ATTACHMENT 1**



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 27, 2016 and September 25, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Windell Holton

**Court Case No:**        8:16-CR-256-T-23TGW
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/27/2016 | 24.0 | Verified |
| 2 | 08/28/2016 | 24.0 | Verified |
| 3 | 08/29/2016 | 24.0 | Verified |
| 4 | 08/30/2016 | 24.0 | Verified |
| 5 | 08/31/2016 | 24.0 | Verified |
| 6 | 09/01/2016 | 24.0 | Verified |
| 7 | 09/02/2016 | 24.0 | Verified |
| 8 | 09/03/2016 | 24.0 | Verified |
| 9 | 09/04/2016 | 24.0 | Verified |
| 10 | 09/05/2016 | 24.0 | Verified |
| 11 | 09/06/2016 | 24.0 | Verified |
| 12 | 09/07/2016 | 23.9 | Verified |
| 13 | 09/08/2016 | 24.0 | Verified |
| 14 | 09/09/2016 | 24.0 | Verified |
| 15 | 09/10/2016 | 24.0 | Verified |
| 16 | 09/11/2016 | 24.0 | Verified |
| 17 | 09/12/2016 | 24.0 | Verified |
| 18 | 09/13/2016 | 24.0 | Verified |
| 19 | 09/14/2016 | 24.0 | Verified |
| 20 | 09/15/2016 | 24.0 | Verified |
| 21 | 09/16/2016 | 24.0 | Verified |
| 22 | 09/17/2016 | 24.0 | Verified |
| 23 | 09/18/2016 | 24.0 | Verified |
| 24 | 09/19/2016 | 24.0 | Verified |
| 25 | 09/20/2016 | 24.0 | Verified |
| 26 | 09/21/2016 | 24.0 | Verified |
| 27 | 09/22/2016 | 22.0 | Verified |
| 28 | 09/23/2016 | 24.0 | Verified |
| 29 | 09/24/2016 | 24.0 | Verified |
| 30 | 09/25/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.